UNITED STATES, Appellee

v

WINDELL R. TRIPP, Corporal, U. S. Army, Appellant

19 USCMA 509, 42 CMR 111

No. 22,942

June 26, 1970

*Colonel Daniel T. Ghent* and *Captain Thomas R. Maher* were on the pleadings for Appellant, Accused.

*Colonel David T. Bryant, Major Edwin P. Wasinger,* and *Captain Benjamin G. Porter* were on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

Use of a sentence work sheet and a voting procedure form in place of oral instructions requires reversal of the sentence in this case. United States v Pryor, 19 USCMA 279, 41 CMR 279 (1970).

Accordingly, the decision of the Court of Military Review as to sentence is set aside and the record of trial is returned to the Judge Advocate General of the Army. A rehearing on the sentence may be ordered.

Chief Judge QUINN and Judge FERGUSON concur.